**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-2055-RPM-OES

JONETTE FARMER

       Plaintiff,

  v.

CENTRAL STATES HEALTH & LIFE COMPANY OF OMAHA,

       Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

The above entitled matter, having come before the Court on the Stipulated Motion for Dismissal with Prejudice, filed on behalf of Plaintiff Jonette Farmer and Defendant Central States Health & Life Company of Omaha, the Court having reviewed the pleadings filed herein and being advised in the premises:

IT IS HEREBY ORDERED that the above-captioned matter shall be, and hereby is, dismissed, with prejudice, each party to bear her or its own attorneys' fees and costs incurred in connection with this action.

SO ORDERED this 21st  day of June, 2006.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Senior U.S. District Judge